UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JESUS CONCEPCION,<br><br>                    Defendant. | No. 21-CR-479 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a conference on October 4, 2021 at 12:00 p.m.  Speedy Trial time is excluded from September 22, 2021 until that conference date in the interests of justice.

**SO ORDERED.**

Dated:    September 16, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1