UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JESUS CONCEPCION,

                           Defendant.

No. 21-CR-479 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

        The Court is in receipt of the Government's application to revoke Defendant Jesus Concepcion's bail.  (See dkt. no. 14.) The parties shall be prepared to discuss their views regarding that application at the conference scheduled for October 4, 2021 at 12:00 p.m.  Should the Defendant wish to submit any opposition papers, he may do so no later than October 1, 2021.

**SO ORDERED.**

Dated:      September 27, 2021
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1