

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2021

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***United States v. Jesus Concepcion*, 21 Cr. 479 (LAP)**

Dear Judge Preska:

The Government respectfully writes further to its motion to revoke bail conditions filed on September 24, 2021. (Dkt. 14) The Government is attaching an excerpt of another jail call Concepcion made while he was incarcerated at Mecklenberg County Jail ("Exhibit G"), and a rough transcript of that call ("Exhibit G-1"), for the Court's consideration. On this call, Concepcion can be heard narrating the threatening letter that was sent to his former employer.

The Government is requesting to file Exhibits G and G-1 under seal to protect the privacy of certain victims and third parties and in order to protect the integrity of the investigation, which remains ongoing.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Camille L. Fletcher / Elinor L. Tarlow
Assistant United States Attorneys
(212) 637-2383 / 1036

**SO ORDERED.**

Dated:   October 1, 2021
         New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.

cc: Cesar de Castro, Esq. (via Email and ECF)