

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2022

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Concepcion*, 21 Cr. 479 (LAP)

Dear Judge Preska,

    The parties write to request an adjournment of the status conference scheduled for January 26, 2022, in the above referenced matter. The defendant has recently engaged new counsel, who needs time to become familiarized with the case and to review the discovery produced thus far. Furthermore, the Government's production of documents is ongoing. Accordingly, the parties request that the conference be adjourned to March 22, 2022 at 11:00 a.m. The Government requests, and the defense consents, that time be excluded to the date of the next conference.

```
The status conference is adjourned
to March 22, 2022 at 11:00 a.m.

SO ORDERED.

Dated:      January 20, 2022
            New York, New York
```

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  Camille L. Fletcher
     Camille L. Fletcher
     Assistant United States Attorney
     Southern District of New York
     (212) 637-2383

*/s/ Loretta A. Preska*
```
LORETTA A. PRESKA
Senior United States District Judge
```
    cc: Stephen G. McCarthy, Esq. (via Email and ECF)