

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2022

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Concepcion*, 21 Cr. 479 (LAP)

Dear Judge Preska,

    The Government writes to request a one-week adjournment of the status conference scheduled for June 8, 2022 at 11:00 a.m., in the above referenced matter. Earlier this afternoon the defendant filed a renewed bail application, which references, among other things, a 2017 investigation by KIPP, as well as a criminal investigation being conducted in South Carolina. The Government intends to provide the Court with additional information about each of these points (and others in the submission) but needs additional time to gather this information. Furthermore, the Government learned today that the defendant is being housed in the segregated housing unit (the "SHU") at the MDC. The Government has contacted the BOP to determine the cause for the defendant's segregation from the general population, but the BOP has yet to respond to the Government's inquiry.

    Accordingly, the Government seeks a one-week adjournment of the status conference to allow it the opportunity to gather additional information relevant to the defendant's application. The defense consents to a one-week adjournment. Finally, the Government requests, and the defense consents, that time be excluded to the date of the next conference for the same reasons.

```
The status conference is adjourned to June 15, 2022 at 10:30 a.m. in
Courtroom 12A.  Speedy Trial time is excluded from June 7, 2022 until
June 15, 2022 in the interest of justice.

SO ORDERED.
Dated:     June 8, 2022
           New York, New York
```

LORETTA A. PRESKA
Senior United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
        Camille L. Fletcher
        Elinor Tarlow
        Assistant United States Attorney
        Southern District of New York
        (212) 637-2383 / 1036

cc: Stephen G. McCarthy, Esq. (via Email and ECF)