

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 28, 2022

**BY ECF & EMAIL**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Concepcion*, 21 Cr. 479 (LAP)

Dear Judge Preska:

  The parties respectfully write to request that the Court set a pre-trial motion schedule and trial date in the above-captioned case. The parties jointly propose that the Court set August 29, 2022 as the deadline for the defendant's pre-trial motions and September 28, 2022 for the Government's response. The parties are available to proceed with trial on a date convenient to the Court after January 2023.

  The Government also respectfully requests, with the defendant's consent, that the Court exclude time under 18 U.S.C. § 3161(h)(7) until September 28, 2022. Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it will allow the parties to continue their discussions regarding a disposition in this case.

Trial will commence on February 6, 2023.
**SO ORDERED.**
Dated: July 1, 2022
    New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
   Camille L. Fletcher
   Elinor Tarlow
   Assistant United States Attorneys
   Southern District of New York
   (212) 637-2383 / 1036

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA
Senior United States District Judge

  cc: Stephen G. McCarthy, Esq. (via Email and ECF)