

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2022

**BY ECF & EMAIL**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Concepcion*, 21 Cr. 479 (LAP)

Dear Judge Preska:

    The Government respectfully requests that the Court exclude time under 18 U.S.C. § 3161(h)(7) until February 6, 2023, the date when trial is scheduled to commence. Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it will allow the parties to continue their discussions regarding a disposition in this case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:  /s/
    Camille L. Fletcher
    Elinor Tarlow
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2383 / 1036

cc: Stephen G. McCarthy, Esq. (via Email and ECF)

Application DENIED without prejudice to filing a renewed application noting whether the Defendant objects.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 44 and 45.

Dated: October 24, 2022
New York, New York

Part I Judge

LORNA G. SCHOFIELD