

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2022

**BY ECF & EMAIL**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application Granted. The Court finds that the ends of justice served by excluding the time between today and February 6, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently preparing for trial and the exclusion would allow for those preparations to continue. It is hereby ORDERED that the time between today and February 6, 2023, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 47
>
> Dated: October 25, 2022.
>
> Part 1 Judge
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   *United States v. Concepcion*, 21 Cr. 479 (LAP)

Dear Judge Preska:

   The Government respectfully requests that the Court exclude time under 18 U.S.C. § 3161(h)(7) until February 6, 2023, the date when trial is scheduled to commence. Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it will allow the parties to continue their discussions regarding a disposition in this case. The defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
      Camille L. Fletcher
      Elinor Tarlow
      Assistant United States Attorneys
      Southern District of New York
      (212) 637-2383 / 1036

cc: Stephen G. McCarthy, Esq. (via Email and ECF)