# Raoul Zaltzberg, Esq.

Zaltzberg Law  
14 Wall Street, 20th Floor  
New York, New York 10005

*Attorney at Law*

www.zaltzberglaw.com

(212) 609-1344  
(212) 609-1345  
Raoul@ZaltzbergLaw.com

_____

December 18, 2022

**VIA ECF**

The Honorable Loretta A. Preska  
United States District Judge Southern District of New York  
500 Pearl Street  
New York, New York 10007-0116

       Re:  *United States v. Concepcion*  
         21 CR 479 (LAP)

Dear Judge Preska,

  I represent Jesus Concepcion in the above-captioned proceeding. I am writing to request that his pending trial date, currently scheduled for 2/6/22, be adjourned, albeit relatively briefly. Specifically, I request 6-8 weeks in order adequately prepare for trial. I make this request because there is a significant amount of discovery in this matter and my client is currently incarcerated (which significantly limits my access to him as well as his access to discovery). Further, in New York State Supreme Court, I have had a client withdraw his guilty plea on an attempted murder case from 2019. As such, the Court wants to expedite the case for trial. We are currently scheduled for January 3, 2022. The Government consents to this one-time adjournment request. I would request a mid-March or early April date. Thank you.

```
The trial date is adjourned. The parties shall
appear for trial on April 17, 2023, in
Courtroom 12A. The Court finds that the time
between February 6, 2023, and April 17, 2023,
is excluded from calculation under the Speedy
Trial Act. Because of the Defendant's stated
need for more time to prepare for trial, the
exclusion is in the interest of justice.

SO ORDERED.
```

*Loretta A. Preska* (signature)  
12/22/22

                     Sincerely,  
               _____/s/_____  
                Raoul Zaltzberg, Esq.

  C.c. AUSA Camile Fletcher and Alexandra Messiter by Electronic Mail