UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>-against-<br><br>JESUS CONCEPCION,<br><br>              Defendant. | No. 21-CR-479(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Because the Defendant's trial has been adjourned to April 17, 2023 (see dkt. no. 60), the conference scheduled for January 5, 2023, is adjourned. The parties shall appear for a final pre-trial conference on April 5, 2023, at 11:00 AM in Courtroom 12A.

**SO ORDERED.**

Dated:    January 3, 2023
            New York, New York

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge