UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 21-CR-479(LAP) |
| -against- | ORDER |
| JESUS CONCEPCION, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received Defendant's second request to adjourn the trial date. (Dkt. no. 64.) The Government shall respond to Defendant's adjournment request no later than March 14, 2023.

**SO ORDERED.**

Dated:    March 7, 2023
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge