```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>JESUS CONCEPCION,<br><br>                    Defendant. | No. 21-CR-479(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed defense counsel's second request to adjourn the trial date and the Government's opposition to the Defendant's request. (Dkt. nos. 64 and 66.) Counsel predicates his request for an adjournment on 1) having spent a "significant amount of time in recent weeks" on unsuccessful plea negotiations; and 2) a delay in the Defendant's receipt of discovery while at MDC. (Dkt. no. 64.) To the first point, plea negotiations are a normal part of representation and do not support an adjournment. To the second, this is the first time that Defendant has raised his access to discovery materials, despite defense counsel's having the material for several months. Thus, this issue also does not support an adjournment. Finally, this case has been pending for some time and it is in the interest of the public, particularly the victims, that it be resolved.

For the foregoing reasons, Defendant's request to adjourn the trial date is <u>DENIED</u>. The Clerk of the Court is ordered to close the open motion. (Dkt. no. 64.)

**SO ORDERED.**

Dated:      March 9, 2023
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge