

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 21, 2023

**By ECF & Email**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Concepcion,* **21 Cr. 479 (LAP)**

Dear Judge Preska:

    The Government respectfully writes to request a two-day adjournment of the pre-trial disclosure schedule. The parties' *voir dire*, requests to charge, and motions *in limine* are due on March 22, 2023. The Government requests a two-day extension to this deadline so that the *voir dire*, requests to charge, and motions *in limine* would instead be due on March 24, 2023. The defendant, through counsel, consents to this request. This is Government's first request to adjourn the pre-trial disclosure schedule.

                                                    Respectfully submitted,

                                                     DAMIAN WILLIAMS

SO ORDERED                               United States Attorney

*Loretta A. Preska*
LORETTA A. PRESKA                 /s/
UNITED STATES DISTRICT JUDGE   Camille L. Fletcher
                                          Alexandra S. Messiter
3/22/23                                    Jacqueline Kelly
                                          Assistant United States Attorneys
                                          Southern District of New York
                                          (212) 637-2544

Cc: Raoul Zaltzberg, Esq. (by Email & ECF)