UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>-against-<br><br>JESUS CONCEPCION,<br><br>              Defendant. | No. 21-CR-479(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendant's motion to adjourn the trial date by sixty days to provide time for a forensic psychological evaluation. (Dkt. no. 88.) The Government shall respond to the Defendant's motion no later than April 5, 2023.

**SO ORDERED.**

Dated:    April 4, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge