UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>-against-<br><br>JESUS CONCEPCION,<br><br>              Defendant. | No. 21-CR-479(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Because the Defendant's trial has been adjourned to September 13, 2023 (see dkt. no. 91), the conference scheduled for April 12, 2023, is adjourned. The parties shall appear for the final pretrial conference on September 6, 2023, at 10:00 AM in Courtroom 12A.

**SO ORDERED.**

Dated:    April 10, 2023
           New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge