UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               Plaintiff,

-against-

JESUS CONCEPCION,

               Defendant.

No. 21-CR-479(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Jesus Concepcion's submission, dated August 14, 2023, which requests, among other things, the immediate disclosure of Brady/Giglio materials. (Dkt. no. 101.)  Although the parties previously agreed to, and the Court approved, a schedule under which such materials would be provided by August 30, 2023, (dkt. no. 98), Mr. Concepcion now contends that an earlier disclosure date is necessary to permit him to adequately prepare and mount his defense (dkt. no. 101).  The Government shall respond to Mr. Concepcion's request for immediate disclosure of Brady/Giglio materials by August 17, 2023.  Mr. Concepcion shall reply by August 18, 2023.

**SO ORDERED.**

Dated:    August 15, 2023
            New York, New York

                                          */s/ Loretta A. Preska*
                                          LORETTA A. PRESKA
                                          Senior United States District Judge