UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>JESUS CONCEPCION,<br><br>                Defendant. | No. 21-CR-479(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court held a pretrial conference with the parties on September 6, 2023. At that conference, the Government requested that, during voir dire, the alleged minor victims' names not be read aloud and that potential jurors instead be provided with a hardcopy list containing the alleged minor victims' names. Defendant did not oppose and the Court granted the request, finding that the alleged minor victims' interest in privacy outweighed the public's presumptive right of access. Upon further consideration, the Court believes that it may be more efficient briefly to close the courtroom for the limited purpose of reading the alleged minor victims' names to the potential jurors, as opposed to using hardcopy lists, while providing the same protection of the alleged minor victims' privacy interests. The parties may submit responses to this proposal by September 12, 2023 and shall be prepared to discuss it on September 13, 2023.

**SO ORDERED.**

Dated:    September 8, 2023
          New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge