UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :     **ORDER**
                                          :
                                          :     21 CR 479    (LAP)
    Jesus Concepcion                      :     _____
------------------------------------------x    Docket #


__Loretta A. Preska__, DISTRICT JUDGE.
   Judge's Name

The attorney retained in this case,

__Jesse Siegel__ is hereby ordered
  Attorney's Name

as second opinion counsel

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty.


                                SO ORDERED.

                            _____
                            UNITED STATES DISTRICT JUDGE


Dated: 9/11/23