**UNITED STATES DISTRICT COURT**
**SOURTHERN DISTRICT OF NEW YORK**
------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :        **AMENDED**
       -against-                          :        <u>**ORDER**</u>
                                          :
                                          :
                                          :        21CR479          (LAP  )
**JESUS CONCEPCION**                      :        _____
                                          :            Docket #
------------------------------------------x


<u>Loretta A. Preska</u>            , **DISTRICT JUDGE**.
    Judge's Name

The attorney retained in this case,

<u>Jesse M. Siegel</u>            is hereby ordered
   Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty. Jesse M. Siegel is appointed as second opinion counsel. NPT September 11, 2023.


                              **SO ORDERED.**

                              */s/ Loretta A. Preska*
                              **UNITED STATES DISTRICT JUDGE**


        September 15, 2023
        _____
**Dated:**