# Raoul Zaltzberg, Esq.

| Zaltzberg Law | *Attorney at Law* | (212) 609-1344 |
| 14 Wall Street, 20th Floor | | (212) 609-1345 |
| New York, New York 10005 | www.zaltzberglaw.com | Raoul@ZaltzbergLaw.com |

October 24, 2023

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge Southern District of New York
500 Pearl Street
New York, New York 10007-0116

      Re: *United States v. Concepcion*
        21 CR 479 (LAP)

Dear Judge Preska,

  I am requesting, for good cause, that Mr. Concepcion's pending sentence date, currently scheduled for 12/14/23, be adjourned to February 2024, or a reasonable period thereafter. I make this request with the consent of the Government. The reason for the request is that I need more time for my mitigation experts to meet with my client and prepare their reports. Probation has asked to review those reports before providing their own report. As such, more time than anticipated is required.

  Thank you, Your Honor, in advance for your consideration.

                  Sincerely,
                 /s/
                Raoul Zaltzberg, Esq.

C.c. AUSA Camile Fletcher and Alexandra Messiter by Electronic Mail

*Sentencing is adjourned to February 13, 2024 at 2:30 pm*

10/24/23

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE