```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
United States of America,           :
                                    :
                                    :
               Plaintiff(s),        :    21 CR 479 (LAP)
                                    :
                                    :    SCHEDULING ORDER
         -against-                  :
                                    :
Jesus Concepcion,                   :
                                    :
               Defendant(s).        :
                                    :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

  It is hereby

  ORDERED that the proceeding scheduled for May 1, 2024 at 10:00 am is adjourned to May 15, 2024 at 11:00 am.

SO ORDERED.

*Loretta A. Preska*

Loretta A. Preska, Senior U.S.D.J.

Dated:  March 19, 2024
    New York, New York