UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>JESUS CONCEPCION,<br><br>                Defendant. | No. 21-CR-479 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Counsel for Defendant is hereby ordered to provide the Probation Officer assigned to the above-captioned case the medical and psychological reports referenced in his April 8, 2024, letter, (see dkt. no. 122), no later than August 13, 2024.  Probation shall file its Final Presentence Investigation Report no later than August 16, 2024.

**SO ORDERED.**

Dated:    August 12, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge