Dear Honorable Judge Preska,

      My intention in writing this letter is to express my apologies for my reprehensible actions. This letter is long overdue. I cannot begin to imagine the hurt and pain I have caused all the victims in this case. My actions were manipulative, and I mentally and emotionally harmed all of them. I have no excuse. The wrongs I caused the women in this case have serious consequences and I deeply regret each of them having to relive this again all these years later. I hope and pray they find peace and heal from my betrayal. I also hope women who share the same terrible history common to victims of abuse, of any kind, by anyone, can look at this case and know it's never too late to seek justice.

      To the victims in this case, I simply want to say, it is not possible to put on paper my deepest remorse for what I did to you and the harm that I caused. I have no excuse, I failed you. Over the many years that have passed I never took the opportunity to address what I did to you and express my genuine regret. I was a coward. I understand that my actions not only violated your sense of security but also caused you emotional suffering. My intention for writing this letter is not to seek forgiveness but rather to acknowledge the hurt I've caused and express my commitment to making amends in any way possible I understand there these mere words cannot undo the harm but I want you to know I've spent years addressing these issues that led to what I did and what I can assure you is that it has not repeated itself and it will never happen to anyone again. I understand my actions have serious consequences and I am committed to doing everything in my power to address the harm that I have caused. I pray that one day you may find peace.

      In closing, I hope I have been able to layout my remorse without offending anyone and with sufficient clarity to convey I was wrong and I am sorry.

      Jesus Concepcion