August 23rd, 2024

Honorable Loretta Preska,

US District Court, Southern District of New York

I hope that you are well at the time you receive this letter.

The reason for this letter is to express my feelings regarding my husband Jesus Concepcion and how my life and the life of my 3-year-old daughter have been affected by this unfortunate process.

Our lives have changed for the worse since August 2021 when my husband Jesus was arrested. We have suffered a lot and the worst of all is that my daughter has been forced to live all this time without her dad. It has been very difficult trying to cope with a baby and without the support and unconditional love of my husband. Jesus has always been an exceptional human being, willing to help, my support in every difficult situation, and above all the person I turn to when life is hard and difficult and I feel like I can't take it anymore.

These three years have been very hard for me and my daughter, since our family is incomplete and it is very difficult to resist this process alone. At this moment my daughter is already learning that a family is made up of a mother, a father, and children; and she keeps asking about her dad and saying that she needs him. It has been very hard for me to be able to explain to her in a way that she can understand that she is not here for now. But I always tell her that with God's favor he will soon be with us and we can be a complete family again. It has been a very hard process and sometimes I think I can't take it anymore, but I look at my daughter's warm and innocent eyes and I understand that despite everything, she has been the most affected in all of this.

I trust in God and justice and I ask you to please consider the well-being of my little Solange during this process. I ask you for mercy and to please allow us to have our complete family again.

Respectfully,

Kendry Solange Tavarez.



**U.S. Department of Justice**

Federal Bureau of Prisons

Metropolitan Detention Center – Brooklyn
80 29th Street
Brooklyn, New York 11232

---

Religious Services Department                August 25, 2024

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Hon. Judge Preska,

                RE: Jesus Concepcion 58984-509, 21 Cr. 479 (LAP)

Over five years ago, I arrived as Chaplain at the Metropolitan Detention Center (MDC), Brooklyn, and met Mr. Concepcion in 2021 during the heat of the pandemic. Providing pastoral ministry to inmates at their cells was difficult considering lockdowns and quarantines. This was when I met Mr. Concepcion who initiated small religious programs like bible studies, Novenas, and Rosary sessions for other inmates in the unit chapel. He was not only present in all these activities but encouraged others to attend. He could choose to gamble, sleep, or smoke, but he did not. Chapel activity became his calling, and he gave it his all and extended it to inmates of other religious denominations. His Spanish heritage was a big plus during the bible studies held about three times a week.

Mr. Concepcion has above average intelligence which has helped to increase the number of inmates attending the bible studies. This was why I listed him to attend the Mass celebrated by the Catholic Bishop of Brooklyn, the Most Rev. Robert J. Brennan, during his pastoral visit to MDC on Thursday, March 25, 2022, a rare opportunity for a federal inmate unsure of what the future holds. His pastoral zeal for the inmates won him that spot.

To say that Mr. Concepcion is deeply sorry and contrite of the misgivings that put him behind the fences is an understatement, wishing that he could change the sad events of the times. This, among others, is part of the efforts he is currently making for reentry to the community to reunite with his lovely children, other family members, and seek gainful employment if you give him the needed break. Therefore, I sincerely recommend him to you for a second chance.

With prayerful best wishes, I am recommending Mr. Concepcion to you for leniency and second chance. I can be reached at the contacts below for any further concerns. Blessings to you.

Yours truly,

*Rev. Ngozi Osuji*
  (Chaplain)
718-840-4200 X 5366