UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JESUS CONCEPCION,**<br><br>*Defendant.* | **ORDER**<br><br>21 Cr. 479 (LAP) |

It is hereby ordered:

Pursuant to ECF Rule 21.7, ECF Docket 21 Cr 479, Entry Number 125, Exhibit 3 [Exhibit Evaluations] be permanently sealed.

**SO ORDERED:**

_____
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

9/4/24