UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>JESUS CONCEPCION,<br><br>                    Defendant. | 21-CR-479 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Defendant's letters requesting the Court appoint counsel to assist him with a motion pursuant to 18 U.S.C. § 2255. (See dkt. nos. 137, 138.)  The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, the litigant's efforts to obtain a lawyer, and the litigant's ability to gather the facts and present the case if unassisted by counsel.  See Cooper v. A. Sargent Co., 877 F.2d 170, 172 (2d Cir. 1989); Hodge v. Police Officers, 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." Cooper, 877 F.2d at 172.  As Defendant has not outlined the basis of his motion, writing only that the issues are "complicated factually and will impact [his] safety" (dkt. no. 138), Defendant's request for counsel is DENIED without prejudice to renewal at a later date.

The Clerk of Court shall mail a copy of this Order to Mr. Concepcion.

**SO ORDERED.**

Dated:      July 8, 2025
            New York, New York

                                            */s/ Loretta A. Preska*
                                            LORETTA A. PRESKA
                                            Senior United States District Judge